

**IT IS ORDERED as set forth below:**

Date:  May 22, 2015

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JOHN B. CAPOBIANCO, III, | ) | CASE NO. 15-10830-WHD |
| | ) | |
| Debtor. | ) | |

---

| | | |
|---|---|---|
| | ) | |
| BANK OF AMERICA, N.A. | ) | |
| Movant, | ) | |
| | ) | **CONTESTED MATTER** |
| v. | ) | |
| | ) | |
| JOHN B. CAPOBIANCO, III, | ) | |
| JAMES G. BAKER, TRUSTEE, | ) | |
| Respondents. | ) | |

**CONSENT ORDER MODIFYING STAY**

Bank of America, N.A. ("Movant") filed a Amended Motion for Relief from Stay on

May 13, 2015 (DE #12), seeking to foreclose on Debtor's real property located at **115**

**Northwood Rd, Tyrone, GA 30290** (the "Property") (the "Motion"). Hearing was scheduled and noticed by Movant for June 3, 2015 (DE #12) at 10:00AM (the "Hearing"). Prior to Hearing, neither Debtor, nor Debtor's counsel opposed the relief sought and the Chapter 7 Trustee did not oppose the Motion. It is hereby

**ORDERED** that the motion is *granted*: the automatic stay of 11 U.S.C. §362(a) is *modified* to allow Movant to proceed with its remedies, as allowed by its contract and state law, to proceed to advertise and foreclose the Property and then to apply the proceeds there from to its lawful claim; provided, however, that any proceeds of sale then remaining shall be promptly remitted to the Trustee for the benefit of the Estate and its creditors according to the priorities established by law.

[END OF DOCUMENT]

Prepared and Presented by:

/s/ Yilin Chen
Yilin Chen
Georgia Bar No.: 195987
Attorney for Secured Creditor
100 Galleria Parkway, Suite 960
Atlanta, GA 30339
Telephone: (770) 373-4242 x1407
Assistant's Telephone: (813) 221-4743 ext 1290
Facsimile: (770) 373-4260

NO OPPOSITION:

/s/David S. Ballard
David S. Ballard
Georgia Bar No.: 635107
Attorney for Debtor
Kelley, Lovett & Blakey, P.C.
113 Gylnn Street S.
Fayetteville, GA 30214

## DISTRIBUTION LIST

David S. Ballard
Kelley, Lovett & Blakey, P.C.
113 Glynn Street S.
Fayetteville, GA 30214

John B. Capobianco, III
115 Northwood Road
Tyrone, GA 30290

James G. Baker
305 North Greenwood Street
LaGrange, GA 30240

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303